(78 South. 417)

HERRING v. STATE. (4 Div. 507.)

(Court of Appeals of Alabama. April 2, 1918.)

CRIMINAL LAW ⬛1122(4)—APPEAL—SCOPE.

The court will not review the trial court's refusal of charges, in the absence of a bill of exceptions setting out the evidence or some of its tendencies.

Appeal from Circuit Court, Covington County; A. B. Foster, Judge.

James Lee Herring was convicted of having carnal knowledge of a girl between the ages of 12 and 16, and he appeals. Affirmed.

F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

BROWN, P. J. The defendant was convicted of the offense denounced by section 7700 of the Code of 1907 as amended by act approved March 17, 1915 (Acts 1915, p. 137), and as a punishment for the offense was sentenced to a term of 2 years in the penitentiary.

The appeal is on the record without a bill of exceptions; and, as we have repeatedly held the court will not review the trial court on the refusal of charges requested by the defendant, in the absence of a bill of exceptions setting out the evidence or some of its tendencies. Mitchell v. State, 14 Ala. App. 104, 71 South. 982; Dorough v. State, 14 Ala. App. 110, 72 South. 208.

The proceedings in the case appearing of record here are, in all things, regular and the judgment and sentence will be affirmed.

Affirmed.

---

(78 South. 417)

SMITHERMAN v. STATE. (6 Div. 406.)

(Court of Appeals of Alabama. April 2, 1918.)

CRIMINAL LAW ⬛1129(1)—ASSIGNMENTS OF ERROR—NECESSITY.

Appeal from order of court in criminal case on motion to retax costs prosecuted under Code 1907, § 3684, as amended by Act March 4, 1911 (Laws 1911, p. 90), is not within the purview of section 6264, requiring the court to search the record for errors without assignment, and an assignment of error on the record is essential to present question for review.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

J. A. Smitherman was tried for a crime. From an order of the court on motion to retax costs, both parties appeal. Affirmed.

John P. Abbott, of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., and W. S. Welch, Sol., of Bessemer, for the State.

BROWN, P. J. This is an appeal from the order of the court on motion to retax costs prosecuted under the provision of section 3684 of the Code of 1907, as amended by act approved March 4, 1911. The motion was in part granted and in part overruled, and from the order both parties appeal.

From the foregoing, it is clear that the appeals are not prosecuted under the provisions of chapter 162 of the Criminal Code, and are not within the purview of section 6264, which enjoins upon the court the duty of searching the record for errors without assignments being made upon the record. In this case no assignments of error are made on the record, and the appellant Smitherman does not even submit brief or argument in support of his appeal.

We cannot consider the questions sought to be presented by these appeals without disregarding the uniform holding in this state that, except upon an appeal from a judgment of conviction in a criminal case, an assignment of error on the record is essential to present questions for review. Williams v. State, 117 Ala. 199, 23 South. 42; Perry v. State, 1 Ala. App. 253, 55 South. 1035; State v. Dodd, 9 Ala. App. 65, 64 South. 169; Stadt v. City of Birmingham, 14 Ala. App. 667, 70 South. 973; Dreyfus v. City of Montgomery, 4 Ala. App. 270, 58 South. 730; Williams v. State, 130 Ala. 107, 30 South. 484; Pugh v. Hardman, 151 Ala. 248, 44 South. 389; Hunter v. L. & N. R. R., 150 Ala. 594, 43 South. 802, 9 L. R. A. (N. S.) 848.

Affirmed.